# CSM Legal, P.C.
Employment and Litigation Attorneys

MEMO ENDORSED

60 East 42nd St. Suite 2020  
New York, New York 10165

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 10/03/2023

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

October 2, 2023

**BY ECF**  
Honorable Judge Katharine H. Parker  
United States Magistrate Judge  
United States Courthouse  
40 Foley Square  
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Case Management Conference set for 10/12/2023 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, November 1, 2023 at 3:00 p.m.
>
> APPLICATION GRANTED
>
> /s/ Katharine H. Parker
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 10/03/2023

Re: Polanco et al v. Mighty Bowl LLC et al  
23-cv-06376-PAE-KHP

Dear Judge Parker:

This office represents Plaintiff in the above referenced matter. We write, with Defendants' counsel's consent, to request a brief adjournment of the October 12, 2023 initial conference.

Plaintiff's counsel has a personal conflict on that date and therefore respectfully requests a brief adjournment of fourteen days to October 26, 2023. Plaintiff's and Defendant's Counsel have exchanged initial disclosures.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ *Mary Bianco*_____  
Mary Bianco, Esq.  
CSM Legal, P.C.  
60 E 42nd St, Suite 4510  
New York, NY 10165  
212-317-1200  
Email: mary@csm-legal.com

cc: Defendants' counsel  
    Younghoon Ji

*Certified as a minority-owned business in the State of New York*